UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDALLAH FAKIH,<br><br>                 Petitioner,<br><br>   v.<br><br>H. BARRON, Warden, Federal Detention Center SeaTac, *et al.*,<br><br>                 Respondents. | Case No. C23-1442-RAJ-MLP<br><br>ORDER FOR SERVICE AND RETURN, § 2241 PETITION |

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. # 1.) This Court, having reviewed the petition, hereby ORDERS as follows:

(1) The Clerk shall arrange for service upon H. Barron, Warden of the Federal Detention Center at SeaTac, Washington, upon the United States Attorney General in Washington, D.C., and upon the civil process clerk at the Office of the United States Attorney for the Western District of Washington, of copies of the petition and of this Order, by registered or certified mail, return receipt requested.

(2) ***Within twenty (20) days after such service***, Respondents shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondents shall submit a memorandum of authorities in support of

ORDER FOR SERVICE AND
RETURN, § 2241 PETITION - 1

their position and should state whether an evidentiary hearing is necessary. Respondents shall file the return with the Clerk of the Court and shall serve a copy upon Petitioner.

(3) The return will be treated in accordance with LCR 7(d)(3). Accordingly, on the face of the return, Respondents shall note it for consideration on the fourth Friday after it is filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a response not later than the Monday immediately preceding the Friday appointed for consideration of the matter, and Respondents may file and serve a reply brief not later than the Friday designated for consideration of the matter.

(4) The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, and to the Honorable Richard A. Jones.

Dated this 26th day of September, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge