UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDALLAH FAKIH,

                        Petitioner,

    v.

H. BARRON, *et al.*,

                        Respondents.

Case No. C23-1442-RAJ

ORDER DISMISSING FEDERAL HABEAS ACTION

       The Court, having reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, Respondents' response and suggestion of mootness, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

       (1)    The Report and Recommendation is approved and adopted.

       (2)    Petitioner's petition for writ of habeas corpus (dkt. # 1) and this action are DISMISSED as moot.

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

(3)     The Clerk is directed to send copies of this Order to all counsel of record and to Judge Peterson.

DATED this 12th day of December, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2